PRB ENTERPRISES, INC. v. PLANNING BOARD
OF THE CITY OF CAPE MAY.

July 11, 1985.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE WILL OF
BERNARD NASSANO, DECEASED.

July 11, 1985.

Petition for certification denied.

HELEN MARRONE v. WALTER CARRETE.

July 11, 1985.

Petition for certification denied.

AMBICARE, INC. v. NORTHBROOK EXCESS AND
SURPLUS INSURANCE COMPANY.

July 11, 1985.

Petition for certification denied.